JERRY S. BUSBY
Nevada Bar #001107
LEO T. HENDGES
Nevada Bar #016034
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
lhendges@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADRIANA GAUTHIER, an individual,

Plaintiff(s),

vs.

SMITHS FOOD & DRUG CENTERS, INC., dba SMITH'S, a division of THE KROGER CO., an Ohio Corporation; DOES I through XX, inclusive, and ROE CORPORATIONS I through XX, inclusive,

Defendant(s).

Case No. 2:26-cv-02078-CDS-EJY

**STIPULATED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

**SPECIAL SCHEDULING REVIEW REQUESTED**

COMES NOW Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff ADRIANA GAUTHIER, by and through her counsel, OLIVIA N. VANTREASE, ESQ. of the law firm MAIER GUTIERREZ & ASSOCIATES, and hereby submit this Proposed Stipulated Discovery Plan and Scheduling Order.

**Fed.R.Civ.P. 26(f) Conference.**

On August 6, 2026, counsel for both parties participated in a Rule 26 Discovery Conference. The conference was attended by Olivia N. VanTrease for Plaintiff and Jerry S. Busby for Defendant. At the conference, there were no discovery disputes at that time. The parties agree to exchange their disclosure statements in a timely manner. At the conference, counsel agreed that six months should be sufficient for

discovery. More specifically, the parties are requesting six months (180 days) from July 9, 2026, for discovery as set forth below.

**<u>Statement Of Reasons For Longer Discovery Plan and Special Scheduling Review</u>:**

This case was removed to this Court on July 9, 2026 (ECF No. 1) and Defendant filed its Answer to Complaint on May 19, 2026, while the case was pending in Nevada State District Court. The case arises out of an alleged slip and fall on an "oily substance" in the parking lot outside the SMITH'S store on March 26, 2025. No discovery was conducted prior to removal to this Court.

The parties seek Special Scheduling Review and approval of the below discovery plan and scheduling order to allow for 180 days of discovery starting from the date of the filing of the Notice of Removal to Federal Court. Without this Special Scheduling Review, pursuant to LR 26-1(b)(1), the parties would be limited to less than 180 days for discovery after no discovery took place in State Court. No scheduling order was issued in this case, in State Court.

Based upon the above, the parties request six months for discovery under the discovery schedule set forth below:

1. **<u>Discovery Cut-Off Date</u>:**

The parties are requesting 180 days for discovery from July 9, 2026, the date of removal to this Court which equates to a discovery cutoff date of January 5, 2027.

2. **<u>Amending the Pleadings and Adding Parties</u>:** The parties request that all motions to amend the pleadings or to add parties be filed no later than October 7, ~~2027~~ **2026** – 90 days prior to the proposed close of discovery.

3. **<u>Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)</u>:** The parties request the disclosure of experts be made on or before November 6, 2026 – 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by December 7, 2026 – 31 days after the initial disclosure of experts.

4. **<u>Interim Status Report</u>:** Under the current rules, the parties will not file an interim status report previously required by LR 26-3.

5. **<u>Dispositive Motions</u>:** The date for filing dispositive motions shall be no later than February 4, 2027 – 30 days after the proposed discovery cut-off date. In the event that the discovery

period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than March 8, 2027 – 32 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7. **Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

9. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

10. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

/ / /

11. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-3.

Respectfully submitted this 7th day of August, 2026.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Olivia N. VanTrease
OLIVIA N. VANTREASE, ESQ.
Nevada Bar No. 17127
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 629-7900
Attorneys for Plaintiff
ADRIANA GAUTHIER

**COOPER LEVENSON, P.A.**

/s/ Leo T. Hendges
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES
Nevada Bar No. 016034
3016 West Charleston Blvd. #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2026